UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE TRIEU,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:22-cv-00287-JLT-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 15) |

On September 13, 2022, the parties filed a notice of settlement which informed the Court that they are in the process of preparing a written settlement agreement. (ECF No. 14). In response, the Court ordered the parties to file appropriate papers to dismiss this action in its entirety. (ECF No. 15). The Court vacated all pending dates and matters and ordered the parties to make the necessary filings by October 19, 2022. *Id.*

As of November 1, 2022, the parties have yet to file the appropriate papers to dismiss this action in its entirety. Under Local Rule 160 and Local Rule 272, failure to timely file dispositional papers may be grounds for sanctions.

/ / /

/ / /

1

Accordingly, the Court ORDERS:

**No later than November 4, 2022**, the parties SHALL show cause why sanctions should not be imposed for the failure to file the dispositional papers. The parties may comply with this order by filing either (1) a status report outlining the status of the settlement and explaining why the appropriate documents have not been filed, or (2) appropriate papers to dismiss or conclude this action. The parties are advised that failure to respond to this Order to Show Cause may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 1, 2022**

UNITED STATES MAGISTRATE JUDGE